### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

**AMERICAN DAIRY QUEEN CORPORATION,**

    *Plaintiff*,

**v.**                                                   **Case No. 5:24-CV-01209-JKP**

**UAM, LLC,**

    *Defendant*.

### <u>STIPULATED PRELIMINARY INJUNCTION</u>

In accordance with the Court's Memorandum Order and Opinion issued November 22, 2024, the Court renders the following:

**IT IS HEREBY ORDERED** Defendant UAM, LLC ("UAM") and all those in active participation with UAM (including officers, managers, guarantors, and employees) are **ENJOINED** from:

1. Operating its Restaurant at 200 Ross Sterling, Anahuac, Texas 77514 as a DAIRY QUEEN® and/or DQ® store;

2. Using or displaying ADQ's marks, including the DAIRY QUEEN®, DQ®, or BLIZZARD® trademarks, without authorization from ADQ;

3. Selling or distributing DAIRY QUEEN®, DQ®, or BLIZZARD® products; and

4. Associating with the DAIRY QUEEN®, DQ®, or BLIZZARD® franchise system.

**IT IS FURTHER ORDERED** ADQ shall post a bond in the amount of $61,479.43 as security, which the Court finds adequate for payment of such damages as any party may be entitled to recover as a result of a wrongful restraint under this Order.

This Preliminary Injunction shall remain in force until the conclusion of this action or until superseding Order of the Court.

**IT IS SO ORDERED.**
**SIGNED this 22nd day of November, 2024.**

**JASON  PULLIAM**
**UNITED STATES DISTRICT JUDGE**